DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-DB4442A4755E

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

Chapter you are filing under:
- [x] Chapter 7
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13

- [ ] Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:  Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **Jeannie** First Name **Valerie** Middle Name **Meza** Last Name _____ Suffix (Sr., Jr., II, III) | _____ First Name _____ Middle Name _____ Last Name _____ Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | _____ First Name _____ Middle Name _____ Last Name | _____ First Name _____ Middle Name _____ Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _2_ _8_ _5_ _3_ OR 9xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___ OR 9xx – xx – ___ ___ ___ ___ |
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years** Include trade names and doing business as names | [x] I have not used any business names or EINs. _____ Business name _____ Business name _____ Business name | [ ] I have not used any business names or EINs. _____ Business name _____ Business name _____ Business name |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D1C474F5EE

| Debtor 1 | **Jeannie Valerie Meza** | Case number (if known) | |

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |

EIN  __ __ – __ __ __ __ __ __ __                    EIN  __ __ – __ __ __ __ __ __ __

EIN  __ __ – __ __ __ __ __ __ __                    EIN  __ __ – __ __ __ __ __ __ __

**5. Where you live**

**11722 Lupin Rd.**
Number    Street

**Adelanto          CA      92301**
City                        State    ZIP Code

**San Bernardino**
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

**3607 N. E Street**
Number    Street

_____
P.O. Box

**San Bernardino      CA      92405**
City                        State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____
City                        State    ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                        State    ZIP Code

**6. Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

---

**Part 2:    Tell the Court About Your Bankruptcy Case**

---

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D4447A47FEEE

| Debtor 1 | **Jeannie Valerie Meza** | | Case number (if known) | |
|---|---|---|---|---|

**8.   How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments. If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.   Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |
| District | | When | | Case number | |
| | | | MM / DD / YYYY | | |

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, |
| | | MM / DD / YYYY | if known |

| Debtor | | Relationship to you | |
|---|---|---|---|
| District | | When | Case number, |
| | | MM / DD / YYYY | if known |

**11.  Do you rent your residence?**

☐ No.   Go to line 12.

☑ Yes.   Has your landlord obtained an eviction judgment against you?

☑ No.  Go to line 12.

☐ Yes.  Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-DB4162A475EE

| Debtor 1 | Jeannie Valerie Meza | Case number (if known) | |
|---|---|---|---|

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

Name of business, if any

Number      Street

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

City                                              State          ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.  I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

## Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

If immediate attention is needed, why is it needed?

Where is the property?

Number      Street

City                                              State          ZIP Code

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D84162A47FEE

Debtor 1    __Jeannie Valerie Meza__                                    Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**
*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**
*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-DF4142A4FEEF

| Debtor 1 | Jeannie Valerie Meza | Case number (if known) |
|---|---|---|

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-DFA142A47FEE

Debtor 1    __Jeannie Valerie Meza_____    Case number (if known) _____

| Part 7: | Sign Below |
|---------|-----------|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

DocuSigned by:

X _____          X _____
_Jeannie Valerie Meza, Debtor 1_              Signature of Debtor 2

Executed on  6/22/2020                          Executed on _____
            MM / DD / YYYY                                   MM / DD / YYYY

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D8A45417555E

Debtor 1    **Jeannie Valerie Meza** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

X _____    Date 06 / 23 / 2020
Signature of Attorney for Debtor          MM / DD / YYYY

**Robert W Ripley** _____
Printed name

**Law Office of Ripley and Associates, APC** _____
Firm Name

**14440 Civic Drive** _____
Number          Street

**Bldg A** _____

_____

**Victorville** _____    **CA**    **92392** _____
City                              State      ZIP Code

Contact phone **(760) 243-4488** _____    Email address **admin@ripleyslaw.com**

**51423** _____    **CA** _____
Bar number                        State

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D1147A475EE

**STATEMENT OF RELATED CASES**
**INFORMATION REQUIRED BY LBR 1015-2**
**UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA**

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

    6:07-bk-18292-MJ Jeannie Valerie Meza
    Case type: bk Chapter: 7 Asset: No Vol: v Judge: Meredith A. Jury
    Date filed: 12/13/2007
    Date of last filing: 08/20/2008
    Date discharged: 08/08/2008

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such proceeding(s).)

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows. (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such proceeding(s).)

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceedings(s).)

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at  _Victorville_____ , California            _____
                                                                                                                    Debtor

Dated      _June 22, 2020_____                          _____
                                                                                                                    Joint Debtor

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B24147A47EEE

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jeannie** First Name | **Valerie** Middle Name | **Meza** Last Name |
| Debtor 2 (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.................................................................... **$0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B.......................................................... **$5,410.00**

   1c. Copy line 63, Total of all property on Schedule A/B..................................................................... **$5,410.00**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F...................................... **$800.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ **+** **$117,814.00**

   **Your total liabilities** **$118,614.00**

### Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
   Copy your combined monthly income from line 12 of Schedule I........................................................................... **$3,267.00**

5. *Schedule J: Your Expenses* (Official Form 106J)
   Copy your monthly expenses from line 22c of Schedule J.................................................................................... **$2,062.00**

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B34167A47EEE

Debtor 1   **Jeannie Valerie Meza**  _____   Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |

6. **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

   ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

   ☑ Yes

7. **What kind of debt do you have?**

   ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9 for statistical purposes. 28 U.S.C. § 159.

   ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

8. From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; **OR,** Form 122B Line 11; **OR,** Form 122C-1 Line 14.

   | $3,774.00 |

9. **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

   Total claim

   **From Part 4 on *Schedule E/F*, copy the following:**

   | | |
   |---|---|
   | 9a. Domestic support obligations. (Copy line 6a.) | $0.00 |
   | 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $800.00 |
   | 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $0.00 |
   | 9d. Student loans. (Copy line 6f.) | $18,882.00 |
   | 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $0.00 |
   | 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $0.00 |
   | 9g. **Total.** Add lines 9a through 9f. | $19,682.00 |

**Fill in this information to identify your case and this filing:**

| Debtor 1 | **Jeannie** | **Valerie** | **Meza** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:** **Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In**

1. Do you own or have any legal or equitable interest in any residence, building, land, or similar property?

☑ No. Go to Part 2.
☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any
entries for pages you have attached for Part 1. Write that number here.......................................................➔ | $0.00 |

**Part 2:** **Describe Your Vehicles**

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. Cars, vans, trucks, tractors, sport utility vehicles, motorcycles

☐ No
☑ Yes

| 3.1. | | Who has an interest in the property? | Do not deduct secured claims or exemptions. Put the |
|---|---|---|---|
| Make: | **BMW** | Check one. | amount of any secured claims on *Schedule D:* |
| Model: | **528i** | ☑ Debtor 1 only | *Creditors Who Have Claims Secured by Property.* |
| Year: | **2004** | ☐ Debtor 2 only | |
| Approximate mileage: | **145,700** | ☐ Debtor 1 and Debtor 2 only | **Current value of the** | **Current value of the** |
| | | ☐ At least one of the debtors and another | **entire property?** | **portion you own?** |
| Other information: | | | $4,000.00 | $4,000.00 |
| **2004 BMW 528i (approx. 145,700 miles)** | | ☐ Check if this is community property (see instructions) | | |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D3447A47FEE

Debtor 1   **Jeannie Valerie Meza** _____   Case number (if known) _____

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories
   - ☑ No
   - ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any
   entries for pages you have attached for Part 2. Write that number here........................................ →   | $4,000.00 |

| Part 3: | Describe Your Personal and Household Items |
|---|---|

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   - ☐ No
   - ☑ Yes. Describe..... | Household Goods |   $1,000.00

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   - ☑ No
   - ☐ Yes. Describe.....

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   - ☑ No
   - ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   - ☑ No
   - ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    - ☑ No
    - ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    - ☐ No
    - ☑ Yes. Describe..... | Wearing Apparel |   $300.00

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    - ☐ No
    - ☑ Yes. Describe..... | Jewelry |   $50.00

Debtor 1   **Jeannie Valerie Meza** _____   Case number (if known) _____

**13.  Non-farm animals**
*Examples:* Dogs, cats, birds, horses

☑ No
☐ Yes.  Describe.....

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

☑ No
☐ Yes.  Give specific information.............

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3.  Write the number here..........................................................................................** →  | $1,350.00 |

| Part 4: | **Describe Your Financial Assets** |
| --- | --- |

Do you own or have any legal or equitable interest in any of the following?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**16.  Cash**
*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes................................................................................................ Cash: ......................... _____

**17.  Deposits of money**
*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes............................   Institution name:

| 17.1. | Checking account: | **Checking account - 5720** | |
| | | **Arrowhead Credit Union** | $0.00 |
| 17.2. | Savings account: | **Savings account** | |
| | | **W/Arrowhead FCU** | |
| | | **Joint with Daughter** | $60.00 |

**18.  Bonds, mutual funds, or publicly traded stocks**
*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes............................   Institution or issuer name:

**19.  Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No
☐ Yes.  Give specific information about them..........................   Name of entity:                                        % of ownership:

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B24147A37EEE

Debtor 1    **Jeannie Valerie Meza**                                      Case number (if known) _____

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No
☐ Yes. Give specific
information about
them........................... Issuer name:

21. **Retirement or pension accounts**
*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or
profit-sharing plans

☑ No
☐ Yes. List each
account separately.    Type of account:    Institution name:

22. **Security deposits and prepayments**
Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications
companies, or others

☑ No
☐ Yes............................    Institution name or individual:

23. **Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)
☑ No
☐ Yes............................ Issuer name and description:

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
☑ No
☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or
powers exercisable for your benefit**
☑ No
☐ Yes. Give specific
information about them

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
☑ No
☐ Yes. Give specific
information about them

27. **Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
☑ No
☐ Yes. Give specific
information about them

**Money or property owed to you?**

**Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

28. **Tax refunds owed to you**

☑ No
☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years......................

Federal:_____
State: _____
Local: _____

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B34142A67EEE

Debtor 1  **Jeannie Valerie Meza** _____  Case number (if known) _____

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information

| | |
|---|---|
| Alimony: | _____ |
| Maintenance: | _____ |
| Support: | _____ |
| Divorce settlement: | _____ |
| Property settlement: | _____ |

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value................ Company name:              Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........

**35. Any financial assets you did not already list**

☑ No
☐ Yes. Give specific information

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................................** → **$60.00**

**Part 5:  Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B4442A67FEE

Debtor 1   __Jeannie Valerie Meza_____   Case number (if known) _____

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**38. Accounts receivable or commissions you already earned**

☑ No
☐ Yes. Describe..

**39. Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes. Describe..

**40. Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes. Describe..

**41. Inventory**

☑ No
☐ Yes. Describe..

**42. Interests in partnerships or joint ventures**

☑ No
☐ Yes. Describe.....  Name of entity:                                    % of ownership:

**43. Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

    ☐ No
    ☐ Yes. Describe....

**44. Any business-related property you did not already list**

☑ No
☐ Yes. Give specific information.

**45. Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here...........................................................➔**  | $0.00

---

| **Part 6:** | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
| --- | --- |
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.
☐ Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☑ No
☐ Yes....

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B11167A17EEE

Debtor 1    **Jeannie Valerie Meza** _____    Case number (if known) _____

48. **Crops—either growing or harvested**

☑ No
☐ Yes. Give specific
   information................  _____   _____

49. **Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☑ No
☐ Yes....  _____   _____

50. **Farm and fishing supplies, chemicals, and feed**

☑ No
☐ Yes....  _____   _____

51. **Any farm- and commercial fishing-related property you did not already list**

☑ No
☐ Yes. Give specific
   information................  _____   _____

52. **Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here**.........................................................➔  | $0.00 |

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |

53. **Do you have other property of any kind you did not already list?**
   *Examples:* Season tickets, country club membership

☑ No
☐ Yes. Give specific information.

54. **Add the dollar value of all of your entries from Part 7. Write that number here**..............................➔  | $0.00 |

| **Part 8:** | **List the Totals of Each Part of this Form** |

55. **Part 1: Total real estate, line 2**.....................................................................................➔  $0.00

56. **Part 2: Total vehicles, line 5**          $4,000.00

57. **Part 3: Total personal and household items, line 15**          $1,350.00

58. **Part 4: Total financial assets, line 36**          $60.00

59. **Part 5: Total business-related property, line 45**          $0.00

60. **Part 6: Total farm- and fishing-related property, line 52**          $0.00

61. **Part 7: Total other property not listed, line 54**       +          $0.00

62. **Total personal property.**  Add lines 56 through 61.................  | $5,410.00 |   Copy personal
property total  ➔  +_____ $5,410.00

63. **Total of all property on Schedule A/B.**    Add line 55 + line 62....................................................  | $5,410.00 |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B34147A97FEE

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Jeannie** | **Valerie** | **Meza** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **CENTRAL DIST. OF CALIFORNIA** | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106C

## Schedule C: The Property You Claim as Exempt                                  04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1.  **Which set of exemptions are you claiming?**    *Check one only, even if your spouse is filing with you.*

    ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)
    ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2.  **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**2004 BMW 528i (approx. 145,700 miles)**<br>Line from *Schedule A/B*:    **3.1** | **$4,000.00** | ☑ **$4,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(2) |
| Brief description:<br>**Household Goods**<br>Line from *Schedule A/B*:    **6** | **$1,000.00** | ☑ **$1,000.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |
| Brief description:<br>**Wearing Apparel**<br>Line from *Schedule A/B*:    **11** | **$300.00** | ☑ **$300.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 703.140(b)(3) |

3.  **Are you claiming a homestead exemption of more than $170,350?**
    (Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.)

    ☑ No
    ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
        ☐ No
        ☐ Yes

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D3A147AA7EEE

| Debtor 1 | **Jeannie Valerie Meza** | | Case number (if known) | |
|---|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | **Current value of the portion you own** | **Amount of the exemption you claim** | **Specific laws that allow exemption** |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Jewelry**<br>Line from *Schedule A/B:*   **12** | $50.00 | ☑  $50.00<br>☐  100% of fair market value, up to any applicable statutory limit | **C.C.P. § 703.140(b)(4)** |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D3447A47FEEE

| Fill in this information to identify your case: |
|---|

| Debtor 1 | <u>Jeannie</u> | <u>Valerie</u> | <u>Meza</u> |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: <u>CENTRAL DIST. OF CALIFORNIA</u>

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**
    ☑ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
    ☐ Yes. Fill in all of the information below.

| Part 1: | List All Secured Claims |
|---|---|

2.  **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

|  | | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|

| 2.1 | Describe the property that secures the claim: | | | |
|---|---|---|---|---|

Creditor's name

Number     Street

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

City          State   ZIP Code

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates
to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Date debt was incurred _____   Last 4 digits of account number ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page. Write that number here:** | **$0.00** |

**If this is the last page of your form, add the dollar value totals from all pages. Write that number here:** | **$0.00** |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D34147A47EEE

## Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeannie** | **Valerie** | **Meza** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 106E/F

### Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property*. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.
   ☑ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|
| **2.1** | $800.00 | $800.00 | $0.00 |

| | |
|---|---|
| **IRS** | Last 4 digits of account number __ __ __ __ |
| Priority Creditor's Name | |
| **P.O. Box 7346** | When was the debt incurred? _____ |
| Number       Street | |
| _____ | **As of the date you file, the claim is:** Check all that apply. |
| | ☐ Contingent |
| **Philadelphia     PA     19101** | ☐ Unliquidated |
| City              State   ZIP Code | ☐ Disputed |
| **Who incurred the debt?** Check one. | **Type of PRIORITY unsecured claim:** |
| ☑ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☑ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another |     intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other. Specify _____ |
| **Is the claim subject to offset?** | |
| ☑ No | |
| ☐ Yes | |

Debtor 1  **Jeannie Valerie Meza** _____  Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **Do any creditors have nonpriority unsecured claims against you?**

☐ No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑ Yes

**4.** **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**

If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

**Total claim**

**4.1**
$34,484.00

**Alaska USA Federal Credit Union**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**PO Box 196613**

Last 4 digits of account number   **0   0   0   1**

When was the debt incurred?   **07/2016**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Anchorage          AK     99519**
City               State   ZIP Code
Who incurred the debt?     Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**2016 Chrysler 300**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Purchase Money - Repo**

**4.2**
$13,191.00

**Altura Credit Union**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number     Street
**2847 Campus Parkway**

Last 4 digits of account number   **0   0   0   1**

When was the debt incurred?   **05/2015**

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Riverside          CA     92507**
City               State   ZIP Code
Who incurred the debt?     Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

**2015 Chrysler 220s**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
     **Purchase Money - Repo**

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D3414A7A7EEF

Debtor 1    **Jeannie Valerie Meza**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |
|---|---|

**4.3**                                                                              $1,082.00

**Amex**
Nonpriority Creditor's Name
**Correspondence/Bankruptcy**
Number      Street
**PO Box 981540**
_____

**El Paso**              **TX**    **79998**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6  7  9  3**
**When was the debt incurred?**    **03/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Credit Purchase**

**4.4**                                                                              $3,624.00

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30285**
_____

**Salt Lake City**        **UT**    **84130**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5  2  8  7**
**When was the debt incurred?**    **03/2016**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Lawsuit - CIVDS2003123**

**4.5**                                                                              $2,681.00

**Capital One**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number      Street
**PO Box 30285**
_____

**Salt Lake City**        **UT**    **84130**
City                    State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **9  6  6  7**
**When was the debt incurred?**    **10/2011**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  **Lawsuit - CIVDS2001810**

Debtor 1 __Jeannie Valerie Meza_____   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.6 | | $6,430.00 |

**Discover Financial**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO Box 3025**

**New Albany      OH    43054**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   _4_ _9_ _8_ _6_
**When was the debt incurred?**   01/2016

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Purchase**

| 4.7 | | $1,508.00 |

**Jefferson Capital Systems, LLC**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**16 McLeland Road**

**Saint Cloud      MN    56303**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   _9_ _0_ _0_ _3_
**When was the debt incurred?**   08/2019

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Collecting for - Barclaycard/Mercury**

Original Creditor Name: BARCLAYCARD/MERCURY CARD

| 4.8 | | $1,081.00 |

**Kohls/Capital One**
Nonpriority Creditor's Name
**Attn: Credit Administrator**
Number    Street
**PO Box 3043**

**Milwaukee      WI    53201**
City                          State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Last 4 digits of account number**   _9_ _5_ _9_ _2_
**When was the debt incurred?**   04/2014

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Credit Purchase**

| Debtor 1 | Jeannie Valerie Meza | Case number (if known) | |

## Part 2:   Your NONPRIORITY Unsecured Claims -- Continuation Page

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

### 4.9

**Naviet**
Nonpriority Creditor's Name
**Attn: Claims Dept**
Number   Street
**PO Box 9500**

**Wilkes-Barr**      **PA**    **19773**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**Addt'l Acct Nos: 0331, 0801, 0331**

Last 4 digits of account number   0  8  0  1
When was the debt incurred?   08/2013

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☑ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Other. Specify

$18,882.00

### 4.10

**NetCredit**
Nonpriority Creditor's Name
**175 West Jackson Boulevard**
Number   Street
**Suite 1000**

**Chicago**          **IL**    **60604**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   3  1  1  2
When was the debt incurred?   06/2018

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Purchase**

$9,966.00

### 4.11

**Nissan Motor Acceptanc**
Nonpriority Creditor's Name
**Pob 660366**
Number   Street

**Dallas**           **TX**    **75266**
City                State   ZIP Code

**Who incurred the debt?**   Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

**2014 Nissan Titan**

Last 4 digits of account number   0  0  0  1
When was the debt incurred?   05/2016

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Purchase Money - Repo**

$22,279.00

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B4447A47FEEE

Debtor 1    **Jeannie Valerie Meza** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

| | Total claim |

**4.12**

| | $1,911.00 |

**Synchrony Bank/ JC Penneys**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**PO B 965064**

_____

**Orkando          FL    32896**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    _5_ _8_ _2_ _8_

**When was the debt incurred?**    **11/2012**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Credit Purchase**

**4.13**

| | $695.00 |

**The Bureaus Inc**
Nonpriority Creditor's Name
**Attn: Bankruptcy**
Number    Street
**650 Dundee Rd, Ste 370**

_____

**Northbrook          IL    60062**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**    _8_ _9_ _6_ _7_

**When was the debt incurred?**    **11/2019**

**As of the date you file, the claim is:** Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Collecting for - Comenity Bank**

**Original Creditor Name: COMENITY BANK**

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B34142A47EEF

| Debtor 1 | Jeannie Valerie Meza | Case number (if known) |
|---|---|---|

**Part 3:**    List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

**Hunt & Henriques Attorneys**
Name
**151 Bernal Road, Suite 8**
Number    Street

**San Jose**    **CA**    **95119**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.5** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Hunt & Henriques Attorneys**
Name
**151 Bernal Road, Suite 8**
Number    Street

**San Jose**    **CA**    **95119**
City    State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line **4.4** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims

                     ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D1A4A4ADF5E5

| Debtor 1 | Jeannie Valerie Meza | | Case number (if known) | |
|---|---|---|---|---|

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6. Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159. Add the amounts for each type of unsecured claim.

|  | | | | Total claim |
|---|---|---|---|---|
| Total claims from Part 1 | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $800.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.** Add lines 6a through 6d. | 6d. | $800.00 |

|  | | | | Total claim |
|---|---|---|---|---|
| Total claims from Part 2 | 6f. | **Student loans** | 6f. | $18,882.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + | $98,932.00 |
| | 6j. | **Total.** Add lines 6f through 6i. | 6j. | $117,814.00 |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B3447A75EF5E

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | **Jeannie**  **Valerie**  **Meza** | |
| | First Name    Middle Name    Last Name | |
| Debtor 2 | | |
| (Spouse, if filing) | First Name    Middle Name    Last Name | |
| United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA** | | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?
   - ☑ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   Person or company with whom you have the contract or lease        State what the contract or lease is for

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D3447A8755E1

| Fill in this information to identify your case: |
| --- |

| Debtor 1 | **Jeannie** | **Valerie** | **Meza** |
| --- | --- | --- | --- |
| | First Name | Middle Name | Last Name |

Debtor 2
(Spouse, if filing) First Name        Middle Name        Last Name

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106H

## Schedule H: Your Codebtors                                    12/15

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If
two married people are filing together, both are equally responsible for supplying correct information. If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this
page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☑ No
    ☐ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?** *(Community property states and territories*
    include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☐ No. Go to line 3.
    ☑ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?
        ☑ No
        ☐ Yes

3.  **In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the**
    **person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the**
    **creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G). Use**
    *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

    *Column 1:*  **Your codebtor**                    *Column 2:*  **The creditor to whom you owe the debt**

                                                    Check all schedules that apply:

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D41147A47FEE

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeannie | Valerie | Meza |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DIST. OF CALIFORNIA | | |
| Case number | | | |
| (if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may include student or homemaker, if it applies.

| | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|
| **Employment status** | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | LVN | |
| **Employer's name** | Loma Linda University Health Care | |
| **Employer's address** | 12138 Industrial Blvd., #203 | |
| | Number  Street | Number  Street |
| | Victorville    CA    92392 | |
| | City    State  Zip Code | City    State  Zip Code |
| **How long employed there?** | 1 yr. | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $3,774.00 | |
| 3. | Estimate and list monthly overtime pay. | 3. + | $0.00 | |
| 4. | Calculate gross income. Add line 2 + line 3. | 4. | $3,774.00 | |

Debtor 1   **Jeannie Valerie Meza**  _____   Case number (if known) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ............................................................➔ 4. | $3,774.00 | |
| **5.** | **List all payroll deductions:** | | |
| | **5a.** **Tax, Medicare, and Social Security deductions** 5a. | $310.00 | |
| | **5b.** **Mandatory contributions for retirement plans** 5b. | $0.00 | |
| | **5c.** **Voluntary contributions for retirement plans** 5c. | $0.00 | |
| | **5d.** **Required repayments of retirement fund loans** 5d. | $0.00 | |
| | **5e.** **Insurance** 5e. | $197.00 | |
| | **5f.** **Domestic support obligations** 5f. | $0.00 | |
| | **5g.** **Union dues** 5g. | $0.00 | |
| | **5h.** **Other deductions.** Specify: _____ 5h.+ | $0.00 | |
| **6.** | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h. 6. | $507.00 | |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. 7. | $3,267.00 | |
| **8.** | **List all other income regularly received:** | | |
| | **8a.** **Net income from rental property and from operating a business, profession, or farm** 8a. | $0.00 | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | | |
| | **8b.** **Interest and dividends** 8b. | $0.00 | |
| | **8c.** **Family support payments that you, a non-filing spouse, or a dependent regularly receive** 8c. | $0.00 | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | | |
| | **8d.** **Unemployment compensation** 8d. | $0.00 | |
| | **8e.** **Social Security** 8e. | $0.00 | |
| | **8f.** **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: _____ 8f. | $0.00 | |
| | **8g.** **Pension or retirement income** 8g. | $0.00 | |
| | **8h.** **Other monthly income.** Specify: _____ 8h.+ | $0.00 | |
| **9.** | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. 9. | $0.00 | |

10. **Calculate monthly income.** Add line 7 + line 9.   10.   $3,267.00 + _____ = $3,267.00
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. + $0.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   $3,267.00
**Combined monthly income**

13. **Do you expect an increase or decrease within the year after you file this form?**

☑ No.
☐ Yes. Explain: | **None.** |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D34142A47EEF

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | Jeannie<br>First Name | Valerie<br>Middle Name | Meza<br>Last Name |
| Debtor 2<br>(Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DIST. OF CALIFORNIA | | |
| Case number<br>(if known) | | | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1. **Is this a joint case?**

   ☑ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**
       ☐ No
       ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2. **Do you have dependents?**     ☐ No
   Do not list Debtor 1 and      ☑ Yes. Fill out this information
   Debtor 2.                           for each dependent........................

   Do not state the dependents'
   names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| Daughter | 11 yrs | ☐ No  ☑ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**
   ☑ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4. **The rental or home ownership expenses for your residence.**     4. _____ **$860.00**
   Include first mortgage payments and any rent for the ground or lot.

   If not included in line 4:

   4a.  Real estate taxes                                      4a. _____

   4b.  Property, homeowner's, or renter's insurance            4b. _____

   4c.  Home maintenance, repair, and upkeep expenses           4c. _____

   4d.  Homeowner's association or condominium dues             4d. _____

---

Official Form 106J                    Schedule J: Your Expenses                    page 1

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D3167A47EEE

Debtor 1    **Jeannie Valerie Meza** _____    Case number (if known) _____

| | | Your expenses |
|---|---|---|

**5.**  **Additional mortgage payments for your residence,** such as home equity loans    5. _____

**6.**  **Utilities:**

    6a.  Electricity, heat, natural gas    6a. _____ **$160.00**

    6b.  Water, sewer, garbage collection    6b. _____

    6c.  Telephone, cell phone, Internet, satellite, and cable services    6c. _____ **$180.00**

    6d.  Other.  Specify: _____    6d. _____

**7.**  **Food and housekeeping supplies**    7. _____ **$400.00**

**8.**  **Childcare and children's education costs**    8. _____

**9.**  **Clothing, laundry, and dry cleaning**    9. _____ **$100.00**

**10.**  **Personal care products and services**    10. _____ **$100.00**

**11.**  **Medical and dental expenses**    11. _____ **$20.00**

**12.**  **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments.    12. _____ **$100.00**

**13.**  **Entertainment, clubs, recreation, newspapers, magazines, and books**    13. _____ **$60.00**

**14.**  **Charitable contributions and religious donations**    14. _____ **$30.00**

**15.**  **Insurance.**

Do not include insurance deducted from your pay or included in lines 4 or 20.

    15a.  Life insurance    15a. _____ **$52.00**

    15b.  Health insurance    15b. _____

    15c.  Vehicle insurance    15c. _____

    15d.  Other insurance.  Specify: _____    15d. _____

**16.**  **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20.

Specify: _____    16. _____

**17.**  **Installment or lease payments:**

    17a.  Car payments for Vehicle 1    17a. _____

    17b.  Car payments for Vehicle 2    17b. _____

    17c.  Other.  Specify: _____    17c. _____

    17d.  Other.  Specify: _____    17d. _____

**18.**  **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).**    18. _____

**19.**  **Other payments you make to support others who do not live with you.**

Specify: _____    19. _____

**20.**  **Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property    20a. _____

    20b.  Real estate taxes    20b. _____

    20c.  Property, homeowner's, or renter's insurance    20c. _____

    20d.  Maintenance, repair, and upkeep expenses    20d. _____

    20e.  Homeowner's association or condominium dues    20e. _____

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B2147AA7EEE

Debtor 1   **Jeannie Valerie Meza**                                         Case number (if known) _____

**21. Other.** Specify: _____   21.  **+**_____

**22. Calculate your monthly expenses.**

| | | |
|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. _____ **$2,062.00** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2. | 22b. _____ |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | 22c. _____ **$2,062.00** |

**23. Calculate your monthly net income.**

| | | |
|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. _____ **$3,267.00** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. **−** _____ **$2,062.00** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. _____ **$1,205.00** |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.
☐ Yes. Explain here:
**None.**

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B41417A7FEEE

| Fill in this information to identify your case: |
|---|

Debtor 1    **Jeannie**      **Valerie**      **Meza**
First Name       Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name       Middle Name      Last Name

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec

## Declaration About an Individual Debtor's Schedules                              12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement,
concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to
$250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes.  Name of person _____  Attach *Bankruptcy Petition Preparer's Notice,
Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are
true and correct.

X _____          X _____
Jeannie Valerie Meza, Debtor 1                        Signature of Debtor 2

Date  6/22/2020                                  Date _____
MM / DD / YYYY                                    MM / DD / YYYY

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D41147A7EEE7

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeannie** | **Valerie** | **Meza** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)                                                        ☐ Check if this is an
                                                                      amended filing

Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/19

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Give Details About Your Marital Status and Where You Lived Before |
|---|---|

1.  **What is your current marital status?**
    ☐ Married
    ☑ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**
    ☐ No
    ☑ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **3607 N. E Street** | From  06/2017 | | From |
| Number    Street | To  02/2018 | Number    Street | To |
| **San Bernardino   CA   92405** | | | |
| City                State  ZIP Code | | City                State  ZIP Code | |

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | ☐ Same as Debtor 1 | ☐ Same as Debtor 1 |
| **11720 Lupin Rd.** | From  09/2019 | | From |
| Number    Street | To  **Present** | Number    Street | To |
| **Adelanto   CA   92301** | | | |
| City                State  ZIP Code | | City                State  ZIP Code | |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B41157AA7EEF

Debtor 1    **Jeannie Valerie Meza** _____    Case number (if known) _____

| Debtor 1: | | Dates Debtor 1 lived there | Debtor 2: | | Dates Debtor 2 lived there |
|---|---|---|---|---|---|
| | | | ☐ Same as Debtor 1 | | ☐ Same as Debtor 1 |
| **11720 Highgrove Ct.** | | From **02/2018** | | | From |
| Number    Street | | To **07/2019** | Number    Street | | To |
| **Adelanto** **CA**  **92301** | | | | | |
| City    State    ZIP Code | | | City    State    ZIP Code | | |

| Debtor 1: | | Dates Debtor 1 lived there | Debtor 2: | | Dates Debtor 2 lived there |
|---|---|---|---|---|---|
| | | | ☐ Same as Debtor 1 | | ☐ Same as Debtor 1 |
| **3607 N. E Street** | | From **07/2019** | | | From |
| Number    Street | | To **09/2019** | Number    Street | | To |
| **San Bernardino** **CA**  **92405** | | | | | |
| City    State    ZIP Code | | | City    State    ZIP Code | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
    *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

    ☑ No
    ☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

## Part 2:    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
    Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
    If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

    ☐ No
    ☑ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | Sources of income Check all that apply. | Gross income (before deductions and exclusions | Sources of income Check all that apply. | Gross income (before deductions and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions, bonuses, tips | **$21,097.00 (est.)** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:** (January 1 to December 31, **2019** ) <br> YYYY | ☑ Wages, commissions, bonuses, tips | **$44,499.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:** (January 1 to December 31, **2018** ) <br> YYYY | ☑ Wages, commissions, bonuses, tips | **$41,440.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D34147A47EEE

Debtor 1    **Jeannie Valerie Meza**                                                Case number (if known) _____

5.  **Did you receive any other income during this year or the two previous calendar years?**
    Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security;
    unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties;
    and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under
    Debtor 1.

    List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

    ☑ No
    ☐ Yes.  Fill in the details.

<table>
<tr><td><strong>Part 3:</strong></td><td><strong>List Certain Payments You Made Before You Filed for Bankruptcy</strong></td></tr>
</table>

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

    ☐ No.    **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
             "incurred by an individual primarily for a personal, family, or household purpose."

             During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,825* or more?

             ☐ No.  Go to line 7.

             ☐ Yes.  List below each creditor to whom you paid a total of $6,825* or more in one or more payments and the
                     total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
                     child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

             * Subject to adjustment on 4/01/22 and every 3 years after that for cases filed on or after the date of adjustment.

    ☑ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

             During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

             ☑ No.  Go to line 7.

             ☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
                     creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
                     Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
    *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
    corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
    agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
    such as child support and alimony.

    ☑ No
    ☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
    benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ☑ No
    ☐ Yes.  List all payments that benefited an insider.

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D3414-7A7EEE

| Debtor 1 | Jeannie Valerie Meza | Case number (if known) | |
|---|---|---|---|

| **Part 4:** | Identify Legal Actions, Repossessions, and Foreclosures |
|---|---|

**9.** **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

☐ No
☑ Yes. Fill in the details.

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Capital One Bank v. Meza** | Civil | **Superior Court of California, County of San Bernardino** | | ☑ Pending |
| | | Court Name | | ☐ On appeal |
| | | **San Bernardino Division - Civil** | | |
| Case number **CIVDS2003123** | | Number   Street | | ☐ Concluded |
| | | **247 W. Third Street** | | |
| | | **San Bernardino      CA      92415** | | |
| | | City                        State    ZIP Code | | |

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Capital One v. Jeannie Meza** | Civil | **Superior Court of California, County of San Bernardino** | | ☑ Pending |
| | | Court Name | | ☐ On appeal |
| | | **San Bernardino Division - Civil** | | |
| Case number **CIVDS2001810** | | Number   Street | | ☐ Concluded |
| | | **247 W. Third Street** | | |
| | | **San Bernardino      CA      92415** | | |
| | | City                        State    ZIP Code | | |

| Case title | Nature of the case | Court or agency | | Status of the case |
|---|---|---|---|---|
| **Jeannie Meza v. California CCS, et al.** | Civil | **Superior Court of California, County of San Bernardino** | | ☑ Pending |
| | | Court Name | | ☐ On appeal |
| | | **247 W. Third Street** | | |
| Case number **CIVDS1910828** | | Number   Street | | ☐ Concluded |
| | | **San Bernardino      CA      92415** | | |
| | | City                        State    ZIP Code | | |

**10.** **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

☐ No. Go to line 11.
☑ Yes. Fill in the information below.

| | Describe the property | Date | Value of the property |
|---|---|---|---|
| **Alaska USA Federal Credit Union** | **2016 Chrysler 300** | **03/2020** | **$34,484.00** |
| Creditor's Name | | | |
| **P.O. Box 196613** | | | |
| Number    Street | **Explain what happened** | | |
| | ☑ Property was repossessed. | | |
| | ☐ Property was foreclosed. | | |
| **Anchorage          AK      99519** | ☐ Property was garnished. | | |
| City                  State   ZIP Code | ☐ Property was attached, seized, or levied. | | |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B3447A47EEF

| Debtor 1 | Jeannie Valerie Meza | Case number (if known) |
|---|---|---|

| | | Describe the property | Date | Value of the property |
|---|---|---|---|---|
| **Altura Credit Union** | | 2015 Chrysler 200s | 04/2020 | $13,191.00 |
| Creditor's Name | | | | |

**2847 Campus Pkwy**
Number   Street

**Explain what happened**
- ☑ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

| **Riverside** | CA | 92507 |
|---|---|---|
| City | State | ZIP Code |

| | | Describe the property | Date | Value of the property |
|---|---|---|---|---|
| **Nissan Motor Acceptance** | | 2014 Nissan Titan | 02/2020 | $22,279.00 |
| Creditor's Name | | | | |

**P.O. Box 660366**
Number   Street

**Explain what happened**
- ☑ Property was repossessed.
- ☐ Property was foreclosed.
- ☐ Property was garnished.
- ☐ Property was attached, seized, or levied.

| **Dallas** | TX | 75266 |
|---|---|---|
| City | State | ZIP Code |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

- ☑ No
- ☐ Yes. Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

- ☑ No
- ☐ Yes

## Part 5:   List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

- ☑ No
- ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

## Part 6:   List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B41442A57EEE

Debtor 1   __Jeannie Valerie Meza_____   Case number (if known) _____

| Part 7: | List Certain Payments or Transfers |

**16. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

☐ No
☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| __Law Office of Ripley and Associates, APC__<br>Person Who Was Paid | Attorney's fees | | |
| __14440 Civic Drive_____<br>Number     Street | | __03/20/2020__ | __$865.00__ |
| __Bldg A_____ | | _____ | _____ |
| __Victorville_____ __CA__ __92392__<br>City                    State   ZIP Code | | | |
| _____<br>Email or website address | | | |
| _____<br>Person Who Made the Payment, if Not You | | | |

**17. Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

Do not include any payment or transfer that you listed on line 16.

☑ No
☐ Yes. Fill in the details.

**18. Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☑ No
☐ Yes. Fill in the details.

**19. Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**   (These are often called asset-protection devices.)

☑ No
☐ Yes. Fill in the details.

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-P31162A47EEE

Debtor 1    **Jeannie Valerie Meza** _____    Case number (if known) _____

| Part 8: | **List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units** |

**20. Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☑ No
☐ Yes.  Fill in the details.

**21. Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

☑ No
☐ Yes.  Fill in the details.

**22. Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

☑ No
☐ Yes.  Fill in the details.

| Part 9: | **Identify Property You Hold or Control for Someone Else** |

**23. Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

☑ No
☐ Yes.  Fill in the details.

| Part 10: | **Give Details About Environmental Information** |

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

**24. Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Fill in the details.

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes.  Fill in the details.

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B41447A7FEEF

Debtor 1    Jeannie Valerie Meza                              Case number (if known) _____

26. **Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

## Part 11:   Give Details About Your Business or Connections to Any Business

27. **Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

## Part 12:   Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____
Jeannie Valerie Meza, Debtor 1                Signature of Debtor 2

Date  6/22/2020                               Date  _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____   Attach the  *Bankruptcy Petition Preparer's Notice,*
                                                             *Declaration, and Signature*  (Official Form 119).

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Jeannie** | **Valerie** | **Meza** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 108

## Statement of Intention for Individuals Filing Under Chapter 7    12/15

If you are an individual filing under chapter 7, you must fill out this form if:

■ creditors have claims secured by your property, or

■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form.

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List Your Creditors Who Hold Secured Claims

1. For any creditors that you listed in Part 1 of *Schedule D: Creditors Who Hold Claims Secured by Property* (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| None. | | |

### Part 2:    List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G), fill in the information below. Do not list real estate leases. *Unexpired leases* are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will this lease be assumed? |
|---|---|
| None. | |

### Part 3:    Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and personal property that is subject to an unexpired lease.

X _____    X _____
Jeannie Valerie Meza, Debtor 1    Signature of Debtor 2

Date  6/22/2020    Date _____
MM / DD / YYYY    MM / DD / YYYY

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B311474A7EEE

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA
## RIVERSIDE DIVISION

In re  **Jeannie Valerie Meza**                                    Case No.   _____

                                                                   Chapter    **7**_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept.................................................................     **$865.00**
   Prior to the filing of this statement I have received.......................................................     **$865.00**
   Balance Due...............................................................................................................     **$0.00**

2. The source of the compensation paid to me was:
      ☑ Debtor              ☐ Other (specify)

3. The source of compensation to be paid to me is:
      ☑ Debtor              ☐ Other (specify)

4. ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-R34167A47EEE

B2030 (Form 2030) (12/15)

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

_06 /23 /2020_
Date

Robert W Ripley                                              Bar No.  51423
Law Office of Ripley and Associates, APC
14440 Civic Drive
Bldg A
Victorville CA 92392
Phone: (760) 243-4488 / Fax: (760) 245-1029

DocuSigned by:

Jeannie Valerie Meza

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B3442A47EEE

| Attorney or Party name, Address, Telephone and FAX Nos.,, State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Law Office of Ripley and Associates, APC<br>Robert W Ripley  51423<br>14440 Civic Drive<br>Bldg A<br>Victorville CA 92392<br><br>(760) 243-4488  FAX  (760) 245-1029<br>admin@ripleyslaw.com | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA  Riverside Division

| In re: | CASE NO:<br><br>Chapter 7 |
|---|---|
| Jeannie Valerie Meza<br><br><br><br><br>Debtor(s) | **DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASES**<br>[LBR 2090-1(a)(3)] |

1. **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP2016(b), and LBR2090-1(a)(3)and (4), I disclose that:

   a.  I am the attorney for the Debtor.

   b.  Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

       i.  For legal services, I have agreed to accept ☐ an hourly rate of  $_____  or a ☑ flat fee of  $ *865.00*

       ii.  ☑ Prior to filing this disclosure I received   *865.00*

       iii.  ☐ The balance due is  $ 0.00

2. **Source of Compensation Paid Postpetition (Postpetition Compensation).**

   a.  **Already Paid**  The source(s) of the Postpetition Compensation paid to me was:
       ☑ Debtor(s)    ☐ Other *(specify)*:

   b.  **To be Paid**  The source(s) of the Postpetition Compensation to be paid to me is:
       ☐ Debtor(s)    ☐ Other *(specify)*:

3. **Sharing of Compensation Paid Postpetition.**

     ☑  I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

     ☐  I have agreed to share Postpetition Compensation with other person or persons who are not  members or regular
   associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of names of the people sharing in the Postpetition Compensation.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B43147A275EE

4. **Limited Scope of services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

   a. **Services required to be provided:**

      i. Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;

      ii. Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and

      iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.

   b. ☑ **Additional legal services I will provide:**

      i  ☐ Any proceeding related to relief from stay motions.

      ii ☐ Any proceeding involving a objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.

      i  ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.

      i  ☑ Reaffirmation of a debt.

      i  ☐ Any lien avoidance under 11 U.S.C. § 522(f)

      i  ☐ Other *(specify):* _____

5. If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Post petition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

### DECLARATION OF ATTORNEY FOR THE DEBTOR

      I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

Date: _06/23/2020_     _____
                          *Signature of attorney for the Debtor*

                        Robert W Ripley
                        *Printed name of attorney*

                        Law Office of Ripley and Associates, APC
                        *Printed name of law firm*

---

### DECLARATION OF THE DEBTOR

      I /we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

Date: _6/22/2020_                    Date: _____

_____         _____
*Signature of Debtor 1*                   *Signature of Debtor 2*

Jeannie Valerie Meza
*Printed name of Debtor 1*               *Printed name of Debtor 2*

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2015                   Page 2                F 2090-1.CH7.ATTY.COMP.DISCLSR

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B8441EA2F5EE

| Fill in this information to identify your case: | Check one box only as directed in this form and in Form 122A-1Supp: |
|---|---|

**Fill in this information to identify your case:**

Debtor 1    **Jeannie**      **Valerie**      **Meza**
‎            First Name      Middle Name      Last Name

Debtor 2
(Spouse, if filing)  First Name    Middle Name    Last Name

United States Bankruptcy Court for the: **CENTRAL DIST. OF CALIFORNIA**

Case number
(if known)  _____

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse.

☐ 2. The calculation to determine if a presumption of abuse applies will be made under Chapter 7 Means Test Calculation (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

Official Form 122A-1

# Chapter 7 Statement of Your Current Monthly Income                04/20

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file Statement of Exemption from Presumption of Abuse Under § 707(b)(2) (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☑ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☐ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C. § 707(b)(7)(B).

**Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case.** 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|
| 2. **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $3,774.00 | |
| 3. **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $0.00 | |
| 4. **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $0.00 | |

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B31167A47EEE

Debtor 1    **Jeannie Valerie Meza** _____    Case number (if known) _____

|  | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**5.    Net income from operating a business, profession, or farm**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − _____ |  |  |  |
| Net monthly income from a business, profession, or farm | $0.00 | _____ | Copy here ➡ | $0.00 | _____ |

**6.    Net income from rental and other real property**

|  | Debtor 1 | Debtor 2 |  |  |  |
|---|---|---|---|---|---|
| Gross receipts (before all deductions) | $0.00 | _____ |  |  |  |
| Ordinary and necessary operating expenses | − $0.00 | − _____ |  |  |  |
| Net monthly income from rental or other real property | $0.00 | _____ | Copy here ➡ | $0.00 | _____ |

**7.    Interest, dividends, and royalties**                    $0.00    _____

**8.    Unemployment compensation**                    $0.00    _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act.  Instead, list it here: ...............↓

For you.................................................................    $0.00

For your spouse................................................    _____

**9.    Pension or retirement income.**  Do not include any amount received that was a benefit under the Social Security Act.  Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If you received any retired pay paid under chapter 61 of title 10, then include that pay only to extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.    $0.00    _____

**10.  Income from all other sources not listed above.**  Specify the source and amount.  Do not include any benefits received under the Social Security Act; payments made under the Federal law relating to the national emergency declared by the President under the National Emergencies Act (50 U.S.C. 1601 et seq.) with respect to the coronavirus disease 2019 (COVID-19); payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services.  If necessary, list other sources on a separate page and put the total below.

_____    _____    _____

_____    _____    _____

Total amounts from separate pages, if any.    + _____    + _____

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-E4ED717477EE

| Debtor 1 | Jeannie Valerie Meza | | Case number (if known) _____ |

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

**11. Calculate your total current monthly income.**
Add lines 2 through 10 for each column.
Then add the total for Column A to the total for Column B.

$3,774.00 + [ ] = $3,774.00

**Total current
monthly income**

---

**Part 2:**   **Determine Whether the Means Test Applies to You**

**12. Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11......................................**Copy line 11 here ➔** 12a.   $3,774.00

Multiply by 12 (the number of months in a year).                                                                    X   12

12b. The result is your annual income for this part of the form.                                          12b.   $45,288.00

**13. Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.                              California

Fill in the number of people in your household.              2

Fill in the median family income for your state and size of household............................................. 13.   $79,271.00

To find a list of applicable median income amounts, go online using the link specified in the separate
instructions for this form.  This list may also be available at the bankruptcy clerk's office.

**14. How do the lines compare?**

14a.  ☑  Line 12b is less than or equal to line 13.  On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3.  Do NOT fill out or file Official Form 122A-2.

14b.  ☐  Line 12b is more than line 13.  On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

---

**Part 3:**   **Sign Below**

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

DocuSigned by:

X _____            X _____
Jeannie Valerie Meza, Debtor 1                              Signature of Debtor 2

Date  6/22/2020                                            Date _____
MM / DD / YYYY                                                  MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

---

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-...

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Robert Ripley, Esq. (CAB 51423)<br>Law Office of Ripley and Associates, APC<br>14440 Civic Drive Bldg A<br>Victorville CA 92392 | |

☐ *Debtor(s) appearing without attorney*
☒ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION**

| In re:<br><br>Jeannie Valerie Meza | CASE NO.:<br>CHAPTER: 7 |
|---|---|
| Debtor(s). | **VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __6/22/2020__

DocuSigned by:

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: __06/23/2020__

_____
Signature of Attorney for Debtor (if applicable)

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California

December 2015

**F 1007-1.MAILING.LIST.VERIFICATION**

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-B411FBAB7EE4

Alaska USA Federal Credit Union
Attn: Bankruptcy
PO Box 196613
Anchorage, AK 99519


Altura Credit Union
Attn: Bankruptcy
2847 Campus Parkway
Riverside, CA 92507


Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998


Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130


Discover Financial
Attn: Bankruptcy
PO Box 3025
New Albany, OH 43054


Hunt & Henriques Attorneys
151 Bernal Road, Suite 8
San Jose, CA 95119



IRS
P.O. Box 7346
Philadelphia, PA 19101



Jefferson Capital Systems, LLC
Attn: Bankruptcy
16 McLeland Road
Saint Cloud, MN 56303


Kohls/Capital One
Attn: Credit Administrator
PO Box 3043
Milwaukee, WI 53201

DocuSign Envelope ID: 3ED02573-D2DF-4ED5-A0D7-D3B11A3A2DC7

Naviet
Attn: Claims Dept
PO Box 9500
Wilkes-Barr, PA 19773


NetCredit
175 West Jackson Boulevard
Suite 1000
Chicago, IL 60604


Nissan Motor Acceptanc
Pob 660366
Dallas, TX 75266


Synchrony Bank/ JC Penneys
Attn: Bankruptcy
PO B 965064
Orkando, FL 32896


The Bureaus Inc
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062