Howard Grobstein
9363 Magnolia Avenue
Riverside, CA 92503
Telephone: (951) 234-0951
Facsimile: (951) 684-2363
Email: hbgtrustee@gtllp.com

Chapter 7 Trustee

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**RIVERSIDE DIVISION**

| | |
|---|---|
| In re | Case No. 6:20-bk-14685-MH |
| MEZA, JEANNIE VALERIE | Chapter 7 |
| Debtor. | **NOTIFICATION OF ASSET CASE** |
| | [No Hearing Required] |

**TO KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:**

Howard Grobstein, the duly appointed Chapter 7 Trustee in the above-captioned bankruptcy case, after reviewing the case docket and file and determining that no claims bar date has been fixed, hereby notifies the Clerk of the United States Bankruptcy Court that assets may be administered in the above-captioned case and appropriate notice be given to creditors to file claims.

Dated: October 26, 2020         /s/ Howard Grobstein
                                Howard Grobstein
                                Chapter 7 Trustee