United States Bankruptcy Court

Central District of California

In re:  
Jeannie Valerie Meza  
    Debtor(s)

Case No. 20-14685-MH  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0973-6      User: myepesC      Page 1 of 2  
Date Rcvd: Oct 27, 2020      Form ID: ntcpdiv      Total Noticed: 18

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 29, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jeannie Valerie Meza, 3607 N E St, San Bernardino, CA 92405-2111 |
| 40378004 | + | Alaska USA Federal Credit Union, Attn: Bankruptcy, PO Box 196613, Anchorage, AK 99519-6613 |
| 40378009 | + | Hunt & Henriques Attorneys, 151 Bernal Road, Suite 8, San Jose, CA 95119-1491 |
| 40378015 | + | Nissan Motor Acceptanc, Pob 660366, Dallas, TX 75266-0366 |
| 40378017 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BHBGROBSTEIN.COM | Oct 28 2020 03:08:00 | Howard B Grobstein (TR), Grobstein Teeple, LLP, 9363 Magnolia Avenue, Riverside, CA 92503-3747 |
| smg | | EDI: EDD.COM | Oct 28 2020 03:08:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | EDI: CALTAX.COM | Oct 28 2020 03:08:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 40378005 | + | Email/Text: bknotifications@alturacu.com | Oct 28 2020 02:51:00 | Altura Credit Union, Attn: Bankruptcy, 2847 Campus Parkway, Riverside, CA 92507-0906 |
| 40378006 | + | EDI: AMEREXPR.COM | Oct 28 2020 03:08:00 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 40378007 | + | EDI: CAPITALONE.COM | Oct 28 2020 03:08:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 40378008 | + | EDI: DISCOVER.COM | Oct 28 2020 03:08:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 40378010 | + | EDI: IRS.COM | Oct 28 2020 03:08:00 | IRS, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 40378011 | | EDI: JEFFERSONCAP.COM | Oct 28 2020 03:08:00 | Jefferson Capital Systems, LLC, Attn: Bankruptcy, 16 McLeland Road, Saint Cloud, MN 56303 |
| 40378012 | + | Email/Text: PBNCNotifications@peritusservices.com | Oct 28 2020 02:49:00 | Kohls/Capital One, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 40378013 | + | EDI: NAVIENTFKASMSERV.COM | Oct 28 2020 03:08:00 | Naviet, Attn: Claims Dept, PO Box 9500, Wilkes-Barr, PA 18773-9500 |
| 40378014 | + | Email/Text: netcreditbnc@enova.com | Oct 28 2020 02:51:08 | NetCredit, 175 West Jackson Boulevard, Suite 1000, Chicago, IL 60604-2863 |
| 40378016 | + | EDI: RMSC.COM | Oct 28 2020 03:08:00 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, PO B 965064, Orkando, FL 32896-5064 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 29, 2020          Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 26, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Howard B Grobstein (TR) | hbgtrustee@gtllp.com C135@ecfcbis.com |
| Robert W Ripley | on behalf of Debtor Jeannie Valerie Meza bobripley@yahoo.com |
| United States Trustee (RS) | ustpregion16.rs.ecf@usdoj.gov |
| Valerie Smith | on behalf of Interested Party Courtesy NEF claims@recoverycorp.com |

TOTAL: 4

# United States Bankruptcy Court
# Central District of California

3420 Twelfth Street, Riverside, CA 92501−3819

## NOTICE OF POSSIBLE DIVIDEND AND
## ORDER FIXING TIME TO FILE CLAIMS

**DEBTOR(S) INFORMATION:**
Jeannie Valerie Meza
**SSN:** xxx−xx−2853
**EIN:** N/A

3607 N E St
San Bernardino, CA 92405

**BANKRUPTCY NO.** 6:20−bk−14685−MH
**CHAPTER** 7

Notice is hereby given that sufficient assets may become available for a distribution to creditors in the above−captioned bankruptcy case.

Therefore, in accordance with the provisions of Bankruptcy Rule 3002(c)(5), creditors must file their proofs of claim **on or before January 29, 2021**.

**ANY CREDITOR WHO HAS PREVIOUSLY FILED A PROOF OF CLAIM NEED NOT FILE AGAIN.**

A Proof of Claim form (Official Form 410) can be obtained at the United States Court's website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms.aspx) or at any bankruptcy clerk's office.

Dated: October 27, 2020

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntcpdiv − VAN−10) Rev 12/2015

**15 /**