Howard Grobstein
9363 Magnolia Avenue
Riverside, CA 92503
Telephone: (818) 621-1900
Facsimile: (951) 684-2363
Email: hbgtrustee@gtllp.com
Chapter 7 Trustee

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| In re<br><br>**MEZA, JEANNIE VALERIE**<br><br>Debtor(s). | Case No. 6:20-bk-14685-MH<br><br>Chapter 7<br><br>**AMENDED NOTICE OF CONTINUED MEETING OF CREDITORS AND APPEARANCE OF DEBTOR(S) 11 U.S.C. §341(a)** |

**TO THE ABOVE NAMED DEBTOR(S) AND THE ATTORNEY ON RECORD, IF ANY:**

You are hereby notified that the Meeting of Creditors pursuant to Title 11 U.S.C. Section 341(a) in the above entitled matter is continued to **11/20/2020 at 10:00 AM**, **(Disregard Previous Notice)** located at: Office of the United States Trustee, 3801 University Avenue, Riverside, CA 92501 for the reason set forth below:

☐

.

DATED: November 9, 2020,       /s/ Howard Grobstein
                                Howard Grobstein, Chapter 7 Trustee

I certify that I served the within Notice on the above debtor(s), the attorney of record (if any), and interested parties on November 9, 2020.

                                /s/    Wendi Carranza
                                       Wendi Carranza

MEZA, JEANNIE VALERIE
11722 LUPIN ROAD
ADELANTO, CA 92301