HOWARD B. GROBSTEIN
9363 Magnolia Avenue
Riverside, California 92503
Telephone:    951.234.0951
Facsimile:    951.977.8200
Email: hgrobstein@gtllp.com

Chapter 7 Trustee



**FILED & ENTERED**

MAY 03 2022

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY craig    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In re: | Case No.:  6:20-bk-14685-MH |
| JEANNIE VALERIE MEZA, | Chapter 7 |
| | **ORDER APPROVING EMPLOYMENT OF TOMBERLIN LAW, APC, AS SPECIAL LITIGATION COUNSEL FOR HOWARD B. GROBSTEIN, CHAPTER 7 TRUSTEE** |
| Debtor. | (No hearing required) |

The court having read and considered the *NOTICE OF APPLICATION and APPLICATION FOR ORDER AUTHORIZING EMPLOYMENT OF TOMBERLIN LAW, APC, AS SPECIAL LITIGATION COUNSEL FOR HOWARD B. GROBSTEIN, CHAPTER 7 TRUSTEE; DECLARATION OF JOHN M. TOMBERLIN, JR. IN SUPPORT THEREOF* ("Application"), filed April 11, 2022 as Docket Nos. 32 and 33, respectively, noting the lack of opposition, and with good cause shown,

**IT IS ORDERED**

1.) The application is approved ; and

2.) Employment is authorized pursuant to 11 U.S.C. § 327 and compensation is subject to further application, determination and approval of this Court pursuant to 11 U.S.C. § 330 or § 331.

### #

Date: May 3, 2022

Mark Houle
United States Bankruptcy Judge